1 | BLANK ROME LLP
2 | Harrison Brown (SBN 291503)
  | harrison.brown@blankrome.com
3 | 2029 Century Park East | 6th Floor
  | Los Angeles, CA 90067
4 | Telephone: 424.239.3400
  | Facsimile:  424.239.3434

5 | Attorneys for Non-Party Movant
  | ENVIRONMENTAL DEFENSE FUND, INC.
6

7

8 | **UNITED STATES DISTRICT COURT**

9 | **EASTERN DISTRICT OF CALIFORNIA**

10

11 | PACIFIC BELL TELEPHONE COMPANY,         Case No. 2:23-cv-03052-KJM-DB
12 |
13 |                          Plaintiff.     **NOTICE OF RELATED CASES**
14 |      vs.                                Judge:   Hon. Kimberly J. Muellerrozd
15 | SETH JONES,                             Action Filed:   December 22, 2023
16 |                                         Trial Date:     None
17 |                          Defendant.

Pursuant to Local Rule 123(b), movant Environmental Defense Fund, Inc. ("EDF") respectfully submits this notice to inform the Court of the following related case:

1. ***California Sportfishing Protection Alliance v. Pacific Bell Telephone Co.*, Case No. 2:21-cv-00073-JDP (E.D. Cal.).** This action involves alleged violations of state and federal environmental laws, and it has been assigned to Judge Peterson for all purposes. Within this action, Pacific Bell served a third-party subpoena on EDF, and that subpoena required compliance in the District of Columbia. EDF opened a separate action in the U.S. District Court for the District of Columbia for the purpose of filing a motion to quash the subpoena, and that action was transferred to this Court.

EDF respectfully submits that, in view of Judge Peterson's familiarity with the underlying case within which the subpoena to EDF was issued, assigning the instant matter to Judge Peterson would promote the efficient use of judicial resources.

EDF understands that two other subpoena-related actions arising out of the foregoing case also have been transferred to the U.S. District Court for the Eastern District of California:

2. ***Pacific Bell Telephone Co. v. Jones*, Case No. 2:23-cv-03052-KJM-DB (E.D. Cal.).** This action involves a third-party subpoena that Pacific Bell served on Seth Jones in connection with *California Sportfishing Protection Alliance v. Pacific Bell Telephone Co.*, Case No. 2:21-cv-00073. *See* ECF #16 (Pacific Bell Telephone Company's Notice of Related Cases).

3. ***Pacific Bell Telephone Co. v. Marine Taxonomic Services, Ltd.*, Case No. 2:24-cv-00022-DJC-CKD.** This action involves a third-party subpoena that Pacific Bell served on Marine Taxonomic Services Ltd. in connection with *California Sportfishing Protection Alliance v. Pacific Bell Telephone Co.*, Case No. 2:21-cv-00073. *See* ECF #16 (Pacific Bell Telephone Company's Notice of Related Cases).

1 | DATED: January 11, 2024      BLANK ROME LLP

By: */s/ Harrison Brown*
      Harrison Brown
Attorneys for Non-Party Movant
ENVIRONMENTAL DEFENSE FUND, INC.