# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>        Plaintiff,<br><br>  v.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>        Defendants. | Case No.  2:21-cv-00073-JDP |
| PACIFIC BELL TELEPHONE COMPANY,<br><br>        Petitioner,<br><br>  v.<br><br>SETH JONES,<br><br>        Respondent. | Case No.  2:23-cv-03052-KJM-JDP (PS) |

1

| | | |
|---|---|---|
| 1 | PACIFIC BELL TELEPHONE COMPANY, | Case No.  2:24-cv-00022-KJM-JDP |
| 2 | | |
| 3 | Movant, | |
| 4 | v. | |
| 5 | MARINE TAXONOMIC SERVICES, LTD., | |
| 6 | Respondent. | |
| 7 | | |
| 8 | CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, | Case No.  2:24-mc-00004-DAD-DB |
| 9 | Plaintiff, | |
| 10 | | |
| 11 | v. | |
| 12 | PACIFIC BELL TELEPHONE COMPANY, | |
| 13 | Defendant. | |
| 14 | | |
| 15 | CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, | Case No.  2:24-mc-00096-DAD-JDP |
| 16 | Plaintiff, | |
| 17 | v. | |
| 18 | PACIFIC BELL TELEPHONE COMPANY, | |
| 19 | Defendant. | |
| 20 | | |

Examination of the above-entitled actions reveals they are related within the meaning of E.D. Cal. Local Rule 123.  The actions arise out of the same transaction or series of transactions and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.  Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.  Given that the first action is assigned to Magistrate Judge Jeremy D.

Peterson, and that all parties to 2:24-mc-00004-DAD-DB and 2:24-mc-00096-DAD-JDP have not consented to the jurisdiction of a United States Magistrate Judge, the latter cases will be reassigned to the undersigned and Magistrate Judge Peterson for all further proceedings.

Accordingly, IT IS THEREFORE ORDERED that the actions denominated 2:24-mc- 00004-DAD-DB and 2:24-mc-00096-DAD-JDP are reassigned to Chief Judge Kimberly J. Mueller and Magistrate Judge Jeremy D. Peterson for all further proceedings. The caption on all documents filed in the reassigned cases shall be shown as 2:24-mc-00004-KJM-JDP and 2:24-mc-00096-KJM-JDP.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustments in case assignments to compensate for these reassignments.

IT IS SO ORDERED.

DATED: June 20, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE